USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/20

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

## MEMORANDUM ENDORSED

June 16, 2020

**VIA ECF**

Hon. Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Bishop v. 251 West 51 Hospitality Corp.*, 20 CV 02061 (GHW)

Dear Judge Woods:

    This firm represents the plaintiff in the above-referenced action. The plaintiff moves to adjourn today's deadline to submit a joint letter and case management plan and the June 23, 2020, conference *sine die*. This case has been fully served but no one has appeared on behalf of defendants and their deadline to respond to the complaint has elapsed.

    I thank the Court for its time and consideration and apologize for the lateness of this submission.

Respectfully submitted,

*John Gurrieri*

John M. Gurrieri

---

Application granted.  The deadline to submit the joint letter and case management and the initial pretrial conference scheduled for June 23, 2020 are adjourned *sine die*.  If Plaintiff intends to to initiate default judgment proceedings, the Court expects Plaintiff to do so by July 17, 2020.
SO ORDERED.

Dated: June 17, 2020

GREGORY H. WOODS
United States District Judge