

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/20

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

July 7, 2020

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

          Re:    *Bishop v. 251 West 51 Hospitality Corp.*
                  Docket No. 20-cv-02061 (GHW)
                  File No. 200094-P

Your Honor:

      We represent the defendant in this matter. We write to request an extension of time for defendant to respond to the complaint, to August 5, 2020.

      Plaintiff's counsel consented to this request and a stipulation is attached for the Court's consideration. This is our first request for an extension of this deadline.

      Thank you for your consideration of this matter.

                                    Respectfully submitted,

                                    SOKOLOFF STERN LLP

                                    Adam I. Kleinberg

Attachment
cc: All counsel of record (via ECF)

Application granted. The deadline for Defendant to answer or otherwise respond to the Complaint is extended to August 5, 2020.
SO ORDERED.

Dated: July 8, 2020

                                    _____
                                    GREGORY H. WOODS
                                  United States District Judge