UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CEDRIC BISHOP, for himself and on behalf of all other persons similarly situated,

Docket No. 20-CV-2061 (GHW)

Plaintiff,

**STIPULATION OF DISMISSAL**

-against-

251 WEST 51 HOSPITALITY CORP.,

Defendant.

------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party to bear its own legal fees and costs.

Dated: Carle Place, New York
      August 3, 2020

LAW OFFICE OF JUSTIN A. ZELLER, P.C.
*Attorneys for Plaintiff*

SOKOLOFF STERN LLP
*Attorneys for Defendant*

_____
Justin A. Zeller
277 Broadway, Suite 408
New York, New York 10007-2036
(212) 229-2249

_____
Adam I. Kleinberg
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500

**SO ORDERED:**

_____
U.S.D.J.