```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CEDRIC BISHOP, for himself and on behalf of all other persons similarly situated,

                             Plaintiff,

    -against-

251 WEST 51 HOSPITALITY CORP.,

                             Defendant.
------------------------------------------------------------------x

Docket No. 20-CV-2061
(GHW)

## MEMORANDUM ENDORSED

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED,** by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party to bear its own legal fees and costs.

Dated: Carle Place, New York
          August 3, 2020

| | |
|---|---|
| LAW OFFICE OF JUSTIN A. ZELLER, P.C. <br> *Attorneys for Plaintiff* <br><br> *[signature]* <br>_____ <br> Justin A. Zeller <br> 277 Broadway, Suite 408 <br> New York, New York 10007-2036 <br> (212) 229-2249 | SOKOLOFF STERN LLP <br> *Attorneys for Defendant* <br><br> *[signature]* <br>_____ <br> Adam I. Kleinberg <br> 179 Westbury Avenue <br> Carle Place, New York 11514 <br> (516) 334-4500 |

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). SO ORDERED.

Dated: August 11, 2020

                                                    *[signature]*
                                           _____
                                              GREGORY H. WOODS
                                            United States District Judge